*375
ON PETITION FOR REHEARING EN BANC

PER CURIAM.
The court having been polled, and a majority of the judges who are in regular active service and not disqualified not having voted in favor (Fed. R.App. P. And 5th Cir. R. 85), rehearing en banc is DENIED.
Voting for en-banc rehearing were: Judge James L. Dennis, Judge Jennifer Walker Elrod, and Judge James E. Graves, Jr. Voting against were: Chief Judge Carl E. Stewart, Judge Carolyn Dineen King, Judge E. Grady Jolly, Judge W. Eugene Davis, Judge Edith H. Jones, Judge Jerry E. Smith, Judge Edith Brown Clement, Judge Edward C. Prado, Judge Priscilla R. Owen, Judge Leslie H. South-wick, Judge Catharina Haynes, and Judge Stephen A. Higginson.
Upon the filing of this order, the clerk shall issue the mandate forthwith, see Fed. R. App. P. 41(b).